**No. 11-6376. Anthony Hopson, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7507.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 412 Fed. Appx. 532.